# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRENT KIDECKEL,
Appellant,
vs.
MICHAEL ROWE; VICKY OLSEN; LISA
MALIN; KARL SMITH; MID-CENTURY
INSURANCE COMPANY;
PARMENDRA PRASAD; NIKHEEL
PRASAD; AND THE STATE OF
NEVADA DIVISION OF INSURANCE,
Respondents.

No. 82133

**FILED**

DEC 2 2 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S.Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed on November 25, 2020, without payment of the requisite filing fee. *See* NRAP 3(e). That same day, this court issued a notice directing appellant to pay the required filing fee or demonstrate compliance with NRAP 24 within 10 days. The notice advised that failure to comply would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, this appeal is dismissed. *See* NRAP 3(a)(2).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Timothy C. Williams, District Judge
Brent Kideckel
Attorney General/Carson City
Gordon & Rees Scully Mansukhani LLP
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

20-46131